Indiana, Illinois and Iowa Railway Company *v.* Rinehart *et al.*

Filed March 11, 1896.

No. 1,827.

INDIANA, ILLINOIS AND IOWA RAILWAY COMPANY
*v.* RINEHART ET AL.

APPELLATE COURT.—*Jurisdiction.—Damages.—Railroad Right of Way.*—The Appellate Court has jurisdiction of an appeal from an award of damages in proceedings to condemn lands for a railroad right of way, where the only question involved is the amount of damages recoverable.

From the St. Joseph Circuit Court.

*A. L. Brick* and *A. Anderson,* for appellant.

*Weir & Weir,* for appellees.

GAVIN, C. J.—Appellant appropriated certain of appellees' lands for its railroad right of way; appellees appealed to the circuit court from the award of damages. The only questions involved in the circuit court, or in this court, relate to the amount of damages recoverable.

According to the decision of the Supreme Court in

*Indiana, etc., Oil Co.* v. *Wooters*, 141 Ind. 315, the jurisdiction is in this court, the amount involved being less than $3,500.

Motion to transfer overruled.

Filed February 19, 1896.